■ Tufty Ceramics et al., Respondents, v Village of Andover, Appellant. [805 NYS2d 872]—Appeal from an order of the Supreme Court, Allegany County (James E. Euken, A.J.), entered September 24, 2004. The order denied defendant's motion for summary judgment dismissing the amended complaint.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for

reasons stated in decision at Supreme Court. Present—Hurlbutt, J.P., Scudder, Gorski, Smith and Hayes, JJ.